UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JOHN DOE,

                       Plaintiff,

          -against-                                        20-cv-1526 (LAK)

GREATER NEW YORK COUNCIL OF THE
BOY SCOUTS OF AMERICA, et ano.,

                       Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court has received defendant Greater New York Councils, Boy Scouts of America's ("BSA-NY") Notice of the Occurrence of Plan Effective Date, Bankruptcy Discharge, and Injunctions (Dkt 13). This action is stayed pending further order of the Court. The parties should provide a status report on October 15, 2023 or at any earlier time they consider appropriate.

        SO ORDERED.

Dated:     July 13, 2023

                                                              Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-2023