USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
John Doe,

              Plaintiff,     20-cv-01526 (LAK)

   v.

Greater New York Council of the Boy
Scouts of America, et al.,
              Defendants.
------------------------------x

## ORDER

The parties shall provide the Court a status report on or before January 28, 2025.

Dated: January 14, 2025

                                                        Lewis A. Kaplan
                                              United States District Court