UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JOHN DOE,

Plaintiff,

-against-                                              20-cv-1526 (LAK)

GREATER NEW YORK COUNCIL OF THE BOY
SCOUTS OF AMERICA, et ano.,

Defendants.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-26.

## ORDER

LEWIS A. KAPLAN, *District Judge.*

Counsel shall submit a joint report on the status of this matter on or before February 3, 2026.

SO ORDERED.

Dated:      January 21, 2026

_____
Lewis A. Kaplan
United States District Judge